## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM L. WETTY,** *Plaintiff,* v. **AXA EQUITABLE LIFE INSURANCE COMPANY,** *Defendant.* | Case No. 2:18-cv-04756-JDW |

## ORDER

AND NOW, this 20th day of May, 2020, upon consideration of the Motion for Summary Judgment of Defendant AXA Equitable Life Insurance Company (ECF No. 19), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**.

It is **FURTHER ORDERED** that **JUDGMENT** is **ENTERED** in favor of AXA Equitable Life Insurance Company and against William L. Wetty.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.